# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

KATINA HEBERT

VERSUS

ARAMARK SERVICES, INC.

NO.   2020 CW 0711

**NOVEMBER 09, 2020**

---

In Re:    Aramark   Management   Services   Limited   Partnership,
applying for supervisory writs, 19th Judicial District
Court, Parish of East Baton Rouge, No. 662436.

---

**BEFORE:   GUIDRY, McCLENDON, AND LANIER, JJ.**

**WRIT DENIED.**

JMG
PMc
WIL

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT